**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
Andrew J. Rowbotham (SBN 301367)
arowbotham@haineslawgroup.com
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

**ASAF LAW, APC**
Asaf Agazanof (SBN 285043)
asaf@lawasaf.com
2330 Westwood Blvd., Second Floor
Los Angeles, California 90064
Tel: (424) 254-8870
Fax: (888) 254-0651

*Attorneys for Plaintiffs*

[ADDITIONAL COUNSEL ON NEXT PAGE]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA ROSE RAMIREZ and KRYSTAL PECORARO, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a Delaware Corporation; and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:20-cv-03528-CJC-JC<br><br>*{Assigned to the Hon. Cormac J. Carney}*<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE CLASS CERTIFICATION BRIEFING SCHEDULE** |

Kathy A. Le (SBN 279690)
Kelli M. Dreger (SBN 267404)
**JACKSON LEWIS P.C.**
200 Spectrum Center Drive, Suite 500
Irvine, California  92618
Telephone:  (949) 885-1360
Facsimile:  (949) 885-1380
Email:  Kathy.le@jacksonlewis.com
  Kelli.dreger@jacksonlewis.com

*Attorneys for Defendant*
WYNDHAM VACATION OWNERSHIP, INC.

**TO THE HONORABLE COURT:**

Plaintiffs Olivia Rose Ramirez and Krystal Pecoraro (collectively, "Plaintiffs") and Defendant Wyndham Vacation Ownership Inc. ("Defendant") (Plaintiffs and Defendant are collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on February 2, 2023, the Parties attended private mediation with Jeff Krivis, Esq.;

WHEREAS, at the conclusion of mediation, Mr. Krivis specifically requested an additional 30 days (until March 2, 2023) to facilitate final settlement discussions and a potential global resolution;

WHEREAS, the Parties were ultimately able to reach a global resolution of all claims and are finalizing the long form settlement agreement and notice to the proposed class members;

WHEREAS, the Parties are also meeting and conferring over proper procedures for seeking approval of the proposed classwide settlement, which also encompasses a separately-filed action brought pursuant to the Private Attorneys General Act, Labor Code § 2699, *et seq*, which is currently stayed in Santa Barbara County Superior Court, Case No. 20CV01715;

WHEREAS, Plaintiffs' current deadline to have their class certification motion filed and heard is May 8, 2023 [ECF-39];

///

///

///

NOW THEREFORE, in light of the Parties' proposed classwide settlement, the Parties respectfully request that the Court vacate the May 8, 2023, class certification deadline set in the Court's Scheduling Order dated February 3, 2023 [ECF-39]. The Parties shall submit a joint proposal regarding a plan for seeking Court approval of the proposed settlement within 30 days if the matter has not been dismissed.

**IT IS SO STIPULATED.**

Dated: April 3, 2023

Respectfully submitted,
HAINES LAW GROUP, APC

By:   /s/ Andrew J. Rowbotham
Andrew J. Rowbotham
Attorneys for Plaintiffs

Dated: April 3, 2023

JACKSON LEWIS P.C.

By:   /s/ Kathy A. Le
Kathy A. Le
Attorneys for Defendant

## Attestation of Signatures

I, Andrew J. Rowbotham, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 3, 2023

HAINES LAW GROUP, APC

By:   /s/ Andrew J. Rowbotham
Andrew J. Rowbotham
Attorneys for Plaintiffs