# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA ROSE RAMIREZ and KRYSTAL PECORARO, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a Delaware Corporation; and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:20-cv-03528-CJC-JC<br><br>*{Assigned to the Hon. Cormac J. Carney}*<br><br>**ORDER GRANTING REQUEST TO VACATE CLASS CERTIFICATION BRIEFING SCHEDULE** |

## **ORDER**

The Court, having reviewed the Parties' Joint Notice of Settlement and Request to Vacate Class Certification Briefing Schedule, and good cause appearing, hereby ORDERS the following:

1. Plaintiffs' deadline to file and have their motion for class certification heard, currently set for May 8, 2023, is hereby **VACATED**.
2. The Parties are ORDERED to submit a joint proposal regarding seeking Court approval of the proposed settlement within 30 days of the date of this Order if this matter has not already been dismissed.

**IT IS SO ORDERED.**

Dated: April 4, 2023

_____
Hon. Cormac J. Carney
United States District Judge